IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GRETA K. CLOUD, | : | |
| Plaintiff, | : | Case No. 3:11cv00007 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on February 29, 2012 (Doc. #12) is ADOPTED in full;

2. The Motion by Plaintiff's Attorney for Fees and Costs Under Equal Access To Justice Act (Doc. No.10) is **GRANTED** and Plaintiff is granted an award of attorney fees and costs under the EAJA in the total amount of $3,512.00.

3. Defendant is directed to verify, **within fourteen days of this Order adopting the Report and Recommendations**, whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant is ordered to pay the EAJA award directly to Plaintiff's counsel.

4. The case remains terminated on the docket of this Court.

                                                Walter Herbert Rice
                                            United States District Judge