# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GRETA K. CLOUD,                          :

     Plaintiff,                          :          Case No. 3:11cv00007

vs.                                      :          District Judge Walter Herbert Rice
                                                    Magistrate Judge Sharon L. Ovington
MICHAEL J. ASTRUE,                       :
Commissioner of the Social
Security Administration,                 :

     Defendant.                          :

═══════════════════════════════════════════════════════════════

## DECISION AND ENTRY

═══════════════════════════════════════════════════════════════

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was

originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been

filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on February 29, 2012 (Doc. #12) is
    ADOPTED in full;

2.    The Motion by Plaintiff's Attorney for Fees and Costs Under Equal Access
    To Justice Act (Doc. No.10) is **GRANTED** and Plaintiff is granted an
    award of attorney fees and costs under the EAJA in the total amount of
    $3,512.00.

3.	Defendant is directed to verify, **within fourteen days of this Order adopting the Report and Recommendations**, whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant is ordered to pay the EAJA award directly to Plaintiff's counsel.

4.	The case remains terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge